**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEVELYN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | NO. CV 08-05328 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 7, 2009                                                         /S/

                                                                                                                _____<br>
                                                                                                                SUZANNE H. SEGAL<br>
                                                                                                                UNITED STATES MAGISTRATE JUDGE